

# Supreme Court of Missouri
## en banc

December 19, 2023

In re: Mark Quentin Moore, )
)
    Respondent. ) Supreme Court No. SC100255
) MBE # 69622

### ORDER

    The Chief Disciplinary Counsel filed an information and motion for final order of discipline advising this Court that Respondent, Mark Quentin Moore, has pleaded guilty to a class A misdemeanor of criminal nonsupport under section 568.040, RSMo, in State v. Mark Quentin Moore, Case No. 22CT-CR01715, Christian County. This Court issued an amended show cause order why Respondent should not be disciplined pursuant to Rule 5.21(g) on October 11, 2023. Respondent filed his response thereto on November 27, 2023.

    Having reviewed said information and Respondent's response to the show cause order, it is now ordered by this Court that Respondent is indefinitely suspended from the practice of law. No petition for reinstatement shall be entertained for a period of six months from this date.

    It is further ordered that Respondent comply in all respects with Rule 5.27 – Procedure Following a Disbarment or Suspension Order.

    Fee pursuant to Rule 5.19(k) in the amount of $1,000.00, payable to the Clerk of this Court to the credit of the Advisory Committee Fund taxed to Respondent.

    Costs taxed to Respondent.

Day - to - Day

*Mary R. Russell*
_____
Mary R. Russell
Chief Justice

STATE OF MISSOURI – SCT.:

    I, BETSY AUBUCHON, Clerk of the Supreme Court of Missouri, do hereby certify that the foregoing is a true copy of the order of said court, entered on the 19th day of December, 2023, as fully as the same appears of record in my office.

    IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Supreme Court.  Done at office in the City of Jefferson, State aforesaid, this 19th day of December, 2023.



_____, Clerk

_____, Deputy Clerk

# OFFICE OF CHIEF DISCIPLINARY COUNSEL     OCDC

SUPREME COURT OF MISSOURI

3327 AMERICAN AVENUE
JEFFERSON CITY, MISSOURI 65109-1016
PHONE: (573) 635-7400
FAX: (573) 635-2240

January 12, 2024

In Re:    Mark Quentin Moore
          MO Bar #69622
          400 Chesterfield Center, Ste. 400
          Chesterfield, MO 63017

     Enclosed Order of the Missouri Supreme Court dated December 19, 2023. <u>The effective date of this order is January 3, 2024.</u>